STATE of Missouri, Respondent,

v.

Ernest RAY, Appellant.

ED 101193

Missouri Court of Appeals,
Eastern District,
DIVISION THREE.

Filed: June 9, 2015

Gwenda R. Robinson, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for appellant.

Chris Koster, Adam Rowley, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before: Kurt S. Odenwald, P.J., Robert G. Dowd, Jr., J., and Gary M. Gaertner, Jr., J.

***ORDER***

PER CURIAM.

Ernest Ray appeals the judgment entered upon his conviction by jury of robbery in the first degree and armed criminal action. We have reviewed the briefs of the parties and the record on appeal and conclude that no reversible error occurred. An extended opinion would have no jurisprudential purpose. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b) (2015).